

**ORDERED in the Southern District of Florida on April 30, 2013.**

_A. Jay Cristol_
A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:
ROMMEL AMBUT
LOURDES SELIBIO                                  Case No.11-21622-AJC
                                                 Chapter 13

_____Debtor_____/

**ORDER REINSTATING CHAPTER 13 CASE**

This matter came to be heard on April 30, 2013 on the debtor's motion to reinstate case. The court, if applicable, has entered an order reopening the case and the debtor has paid all required reopening fees. Based on the record, it is

   **ORDERED** as follows:

   1)   The motion is granted and this case is **REINSTATED**. Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

   2)   The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

   3)   The following checked provision(s) also apply:

[  ]  This case was dismissed before the §341 meeting of creditors was held.  A new §341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court.  The notice shall also establish a new deadline to file proofs of claims and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

[  ]  This case was dismissed after the §341 meeting of creditors was conducted but prior to or at the hearing on confirmation.  (If applicable) A further §341 meeting will be conducted at _____ . A new confirmation hearing is scheduled for _____, at _____ ___.m. in courtroom ____ at_____. The deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts, is _____.  The deadline for filing claims (except for governmental units) is _____ .
Previously filed claims need not be refiled.

[  ]  This case was dismissed after the §341 meeting of creditors and after the expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation.  No new deadlines shall be reset.  (If applicable) A further §341 meeting will be conducted at _____ ___.  A new confirmation hearing is scheduled for _____, at _____ ___.m. in courtroom _____ at_____.

[ X ]  This case was dismissed after the §341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original claims bar date.  No new §341 meeting, confirmation hearing, or deadlines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[ X ]  If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the trustee prior to entry of an order of conversion or dismissal shall be paid to administrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

###

**Submitted by:**
Mitchell J. Nowack, Esq.
Christian J. Olson, Esq.
NOWACK & OLSON, PLLC
8180 NW 36th Street, Suite 209
Miami, FL 33166
(305) 698-2265

**Copies to:**
All parties of record by the Clerk of Court